**Abdou–Malik Yacoubou ADAM,** **Plaintiff–Appellant,**

v.

**WELLS FARGO BANK,** **Defendant–Appellee.**

No. 11–1982.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2012.

Decided: April 6, 2012.

Abdou–Malik Yacoubou Adam, Appellant Pro Se. Michael S. Barranco, Treanor, Pope & Hughes, Towson, Maryland, for Appellee.

Before SHEDD, DAVIS, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**122**

PER CURIAM:

Abdou–Malik Yacoubou Adam seeks to appeal the district court's orders granting in part and denying in part the parties' cross-motions for summary judgment and denying his motion to expedite. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Adam seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*